FARHAN R. NAQVI
Nevada Bar No. 8589
ELIZABETH E. COLEMAN
Nevada Bar No. 12350
PERSONAL INJURY OF NEVADA
8670 West Cheyenne Avenue, Suite 120
Las Vegas, Nevada 89129
Telephone: (702) 553-1000
Facsimile: (702) 553-1002
naqvi@personalinjuryofnevada.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PERSONAL INJURY OF NEVADA, a Nevada Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>WIKE KILLIP, LLP, domestic limited-liability partnership;  TERRY L. WIKE, individually;  WILLIAM R. KILLIP, individually;  JENNIFER LOVELL, individually;  T.L. WIKE, PROF. CORP., domestic professional corporation; DOES I-X and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.:  2:12-cv-00635-JCM-GWF |

### ORDER GRANTING DEFENDANTS' MOTION TO DISMISS [#11] AND DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION [#14]

Defendants Wike Killip, LLP, Terry L. Wike, William R. Killip, Jennifer Lovell and T.L. Wike Prof. Corp.'s (collectively the "Defendants") Motion to Dismiss [#11] and Plaintiff, Personal Injury of Nevada's ("Plaintiff") Motion for Preliminary Injunction [#14], having come before this Court on June 27, 2012 and the Court having considered the Motions and arguments of counsel, the Court finds and orders as follows:

1. This Court is of limited jurisdiction and does not find a federal claim.

2. Accordingly, this Court is hereby divested of jurisdiction and expressly makes no further determination as to the merits of Plaintiff's claims, which may be brought in an appropriate forum.

BASED UPON THE FOREGOING, IT IS HEREBY ORDERED, ADJUDGED and DECREED that Defendants' Motion to Dismiss [#11] is GRANTED.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that Plaintiff's Emergency Motion for Preliminary Injunction [#14] is DENIED.

IT IS SO ORDERED July 25, 2012.

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully Submitted By:

DATED this ___ day of July, 2012

PERSONAL INJURY OF NEVADA

_____
FARHAN R. NAQVI
Nevada Bar No. 8589
ELIZABETH E. COLEMAN
Nevada Bar No. 12350
8670 West Cheyenne Avenue, Suite 120
Las Vegas, Nevada 89129
*Attorneys for Plaintiff*